[No. 5537–6–II.   Division Two.   March 1, 1984.]

WILLIAM E. DAVIS, *Appellant,* v. SOUTH KITSAP
SCHOOL DISTRICT No. 402, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 676779, Tyler C. Moffett, J., entered April 29,
1981. *Affirmed as modified* by unpublished opinion per

Worswick, J., concurred in by Petrich, C.J., and Petrie, J.